Fannie D. Lewis, Individually and as Administratrix, etc., of Thomas Lewis, Deceased, and Others, Respondents, Impleaded with Kings County Trust Company, as Executor and Trustee under the Will of Mary E. Lewis, Deceased, Appellant, and Others.— Judgment affirmed, with costs, on the authority of *Bloodgood* v. *Lewis* (146 App. Div. 86).

The People of the State of New York, Respondent, v. Morris James, Appellant.— Judgment affirmed. No opinion.

Adelia A. Linnell, Respondent, v. Henry Ives Smith and Margaretta W. Smith, His Wife, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John J. Reisler, Appellant, v. National Printing and Engraving Company, Respondent.— Judgment affirmed, with costs. No opinion.

Oliver Harriman and Others, Respondents, v. Calvin O. Geer and Ruth Noyes Heinze, Appellants.— Judgment and order affirmed, with costs.

United Surety Company, Respondent, v. Daniel Meenan, Appellant, Impleaded with Frank E. Gore (not summoned).— Judgment and order affirmed, with costs. No opinion.

Gerson Mayer and Joseph G. Mayer, Comprising the Firm of Joseph Mayer's Sons, Appellants, v. Bella Ertheiler and Alexander M. Bing, as Executors, etc., of James Ertheiler, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.

Sarah E. Neuberth, Appellant, v. Adam Neuberth, Respondent. William H. Zehr, Appellant.— Judgment and order affirmed, with costs. No opinion. Order to be settled on notice.

Louise C. Ball, Respondent, v. Edith E. Benet, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hudson River Telephone Company, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs. No opinion.

Anna Byrnes, Appellant, v. Sylvester Byrnes, Respondent.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Emma Blomberg, Appellant.— Judgment affirmed. No opinion.

Albert I. Mehrbach, Respondent, v. J. J. White Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Karl J. Hibbs, Appellant, v. New York Herald Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Harry Kaufman, Appellant.— Judgment and order affirmed. No opinion.

The People of the State of New York, Respondent, v. Antonio Buccola, Appellant.— Judgment affirmed. No opinion.

Building and Engineering Company, Respondent, v. Northern Bank of New York and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry L. Doherty and Others, Partners Doing Business under the Firm Name and Style of Henry L. Doherty & Company, Appellants, v. American Gas and Electric Company and Max F. Millikan, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.